## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

CHERYLANDA LEE ANNE GARDNER                                  Chapter 13

SSN: ###-##-3033                                              Case No. 18-10379-BFK

               Debtor

## ORDER

      This matter came on by Motion of the Trustee seeking Order of this Court requiring the employer of the Debtor to withhold the payment of $490.00 per month for 2 months and then $814.00 per month for the remainder of the Plan required by the Plan of the Debtor, and to pay that amount monthly to the Trustee, Thomas P. Gorman, according to the requirement of Section 1325 (c) of the Code; and it appearing to the Court:

      (1) That the Debtor filed a voluntary petition herein under Chapter 13 of the Code on February 2, 2018 and

      (2) That the Plan (as amended, if appropriate) was confirmed, after due Notice thereof, and

      (3) That pursuant to Section 1325 (c) of the Code, after confirmation of a Plan, the Court may order any entity from whom the Debtor receives income to pay all or any part of such income to the Trustee, and

      (4) That the Debtor, Cherylanda Lee Anne Gardner is presently employed by Bankers Life and receives income therefrom, and

      (5) That the amount of $490.00 per month for 2 months and then $814.00 per month for the remainder of the Plan should be withheld from that income and paid over to Thomas P. Gorman, the standing Trustee of this Court at P.O. Box 1553, Memphis, TN 38101-1553.

      IT IS ORDERED, that beginning with the month of JULY, 2018 Bankers Life be and they hereby are required to withhold the amount of $490.00 per month for 2 months and then $814.00 per month for the remainder of the Plan from the monthly income of the Debtor, Cherylanda Lee Anne Gardner, and pay over the full amount thereof each month to:

                       Thomas P. Gorman
                       Chapter 13 Trustee
                       P.O. Box 1553
                       Memphis, TN  38101-1553

Dated: May 31 2018                                      /s/ Brian F. Kenney
                                                        _____
                                                        Brian F. Kenney
                                                        United States Bankruptcy Judge

I Ask For This:                                         Entered on Docket: June 1, 2018

_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Cherylanda Lee Anne Gardner
Chapter 13 Debtor
56 Sanctuary Lane
Stafford, VA 22554

John C. Morgan, Jr., Esquire
Attorney for Debtor
New Day Legal, PLLC
98 Alexandria Pike, Ste. 10
Warrenton, VA 20186

Bankers Life
ATTN: Payroll Office
111 E. Wacker Drive
Suite 2100
Chicago, IL 60601

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314