**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>CHERYLANDA LEE ANNE GARDNER<br><br>Debtor | Chapter 13<br><br>Case No. 18-10379-BFK |

**AMENDED MOTION TO DISMISS**

Thomas P. Gorman, Chapter 13 Trustee, amends his previously filed Motion to Dismiss to include the following additional ground for dismissal:

>Based on the allegations of a Motion for Relief From Stay filed by Debtor's mortgage lender (Dkt. #39) she has failed to make her May-July, 2020 mortgage payments, which if true would be a default under Section 6B of her confirmed Plan.

Date: __July 29, 2020_____                                  __/s/ Thomas P. Gorman_____
                                                                                  Thomas P. Gorman
                                                                                  Chapter 13 Trustee
                                                                                  300 N. Washington Street, #400
                                                                                  Alexandria, VA 22314
                                                                                  (703) 836-2226
                                                                                  VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 29th day of July, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Cherylanda Lee Anne Gardner
Chapter 13 Debtor
56 Sanctuary Lane
Stafford, VA 22554

John C. Morgan, Jr., Esquire
Attorney for Debtor
New Day Legal, PLLC
98 Alexandria Pike, Ste. 10
Warrenton, VA 20186

   ___/s/ Thomas P. Gorman_____
    Thomas P. Gorman